

USDC- BALTIMORE
'23 SEP 28 PM 2:58

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. JKB-17-0648 |
| v. | * | |
| KEVIN CARDENAS-AGUILAR, | * | <u>UNDER SEAL</u> |
| Defendant. | * | |

*******

## NOTICE OF HEARING

TO THE CLERK:

NOTICE OF HEARING by U.S. Attorney's Office as Kevin Cardenas-Aguilar. PLEASE NOTE: Defendant is in custody. A writ has not been requested. A come up has been requested on September 25, 2023, an interpreter request was submitted on September 25, 2023. Sentencing has been set for November 28, 2023 at 10:00am in Courtroom 5A, 101 West Lombard Street, Baltimore, Maryland 21201, before Chief Judge James Bredar.

Respectfully submitted,

Erek L. Barron
United States Attorney

/s/
Kenneth S. Clark
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
410-209-4800
Kenneth.Clark@usdoj.gov